UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA
OCALA DIVISION

Kolyon, Koly P, Yoda
Glenn Edward McKennie Jr
_____
Plaintiff(s),

v.                                       Case Number 5:24-cv-10-TJC-PRL

FCI Coleman, Warden
_____
Defendant(s).

Complaint
_____
[Title of Document]

[Body of pleading]

I am Pro Se
also Indigent status.
Please File case.

Respectfully submitted,

Koly P, savagelife2120@gmail.com
[Name]
[Address] [Telephone Number]

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by *[U.S. Mail, hand delivery, facsimile, etc.]* to *[Name and address of opposing counsel]*, this *[30th]* day of *[September]*, Year.

_____
[Signature]

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
OCALA Division

Kolyon, Koly P, Yoda
Glenn Edward McKennie Jr
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Warden, FCI Coleman
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 5:24-cv-10-TJC-PRL
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Glenn Edward McKennie Jr
All other names by which you have been known: Kolvon, Koly P, yoda
ID Number: 19218104
Current Institution: Coleman FCI
Address: FCI Coleman Medium
Coleman, FL 33521

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Warden, FCI Coleman
Job or Title (if known):
Shield Number:
Employer:
Address: FCI Coleman Medium
Coleman, FL 33521

[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Unit Team C3, FCI Coleman
Job or Title (if known):
Shield Number:
Employer:
Address: FCI Coleman Medium
Coleman, FL 33521

[✓] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: SHU Unit Team, FCI Coleman
Job or Title (if known):
Shield Number:
Employer:
Address: FCI Coleman Medium
Coleman, FL 33521
City / State / Zip Code
[✓] Individual capacity   [✓] Official capacity

Defendant No. 4
Name: Federal Courtroom, Judge Dimitriouleas P. William
Job or Title (if known): Judge
Shield Number:
Employer:
Address: 299 E Broward Blvd
Fort Lauderdale, FL 33301
City / State / Zip Code
[✓] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Scammers, Bond, Illegally Detained

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_Skin color Teamwork only, my skin color not my Teamwork_

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☑ Other *(explain)* _Kolyon Army Barracks_

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_Courtrooms, Judges Illegally detained me after convince of whom I am._

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_R&D release detain department, SHU unit, created Inmate name / Identity Cards evident to Unlawful use of False name / Identity_

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

11-3-2023 - Upon Arrival - Present time

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was False Arrest / Imprisonment by Wilton Manors Police Department For warrant of arrest with hold by claim Federal Bureau of Prisons. Someone. My Father name Glenn Mckennie was pose to report to Federal Probation for Supervise Release. I am Glenn Edward Mckennie Jr son of Glenn Mckennie When I went to court the Judge statement was Glenn Edward Mckennie my Brother was Pose to be Imprisonment, Everyone Else will be released.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Side Effects, Failing Agitations loss of Social Security Income, Food Stamps Cell Phone service, Bank Account. I am 100% Disabled, I receive no Treatment I receive money, Benefits For my condition.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. File Charges Against USA Businesses Release me from Imprisonment., I need to conduct my Kolyon Army Barracks I need my social security income $500 once a month., Please allow me too. Sentene, Fine or Both for every reason. Im requesting $42,000 because during Arrest in Clarendon County officers took my $42,000 To Evidence I have not been released to retrieve my money.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Miami FDC, north Carolina Butner_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[✓] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[✓] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?

_Unlawful use of False name / Identity, Illegally Detained by scammers Bond_

Page 6 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[✓] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   Computers, Paperworks, Etc Legal materials, crimestoppers, Google Koly P Legal services, Koiyon Army Barracks

2. What did you claim in your grievance?

   Case Dismissal, Release, Complaints, suits.

3. What was the result, if any?

   Arguments, Refusual, wrongful Actions, Torture, unlawful Acts.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Request To staffs, Informal Resolutions, Greivance Forms. yes greivance completed

Page 7 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

_Lack of Support From Prisons_

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_Criminal Conduct towards me._

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_Savagelife2120@gmail.com. Contact google for Information._

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Glenn Edward McKennie Jr

   Defendant(s) BSO broward sheriff officer Gregory Tony, Owner BSO

2. Court *(if federal court, name the district; if state court, name the county and State)*

   State Court, Broward County, Florida

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

   2022

6. Is the case still pending?

   ☑ Yes

   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Case is still on Records waiting to be Filed but Imprisonment I'm In.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? yes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

[✓] Yes

[ ] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   Glenn Edward McKennie Jr
   Defendant(s)   TD Bank, Fraud operations

2. Court *(if federal court, name the district; if state court, name the county and State)*

   State court, Broward county, Florida

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit
   2022

6. Is the case still pending?
   [✓] Yes
   [ ] No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Case still on Records waiting to be Filed

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-27-2023

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Glenn Edward McKennie Jr
Prison Identification #: 19218104
Prison Address: FCI Coleman
Coleman, FL 33521

### B. For Attorneys

Date of signing: 12-27-2023

Signature of Attorney: *[signed]*
Printed Name of Attorney: Koly P
Bar Number:
Name of Law Firm: Koly P Legal services
Address:
Telephone Number:
E-mail Address: Savagelife2120@gmail.com

Page 11 of 11